# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
info@chapter13milwaukee.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

August 21, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: DBTR: CAROL J. MCPHERSON
   CASE NO: 06-23573-PP

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056937 which replaces check # 1055264 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.


OFFICE OF CHAPTER 13 TRUSTEE




cc: file

**Mary B. Grossman**
**Chapter 13 Trustee**
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203
(414) 271-3943

July 30, 2009

SunTrust Bank   64-79 / 611

No. 1055264

PAY**One Hundred Eighteen Dollars and 48 Cents************************************
TO THE ORDER OF

AMOUNT ***************$118.48 ***

00063460
NCO FINANCIAL SYSTEMS
P.O. BOX 41567
PHILADELPHIA, PA  19101

VOID AFTER October 28, 2009
Positive Pay Account

⑈1055264⑈ ⑆061100790⑆ 0000005751771⑈

Mary B. Grossman, Chapter 13 Trustee   Check No. 1055264
Pay to: 00063460  NCO FINANCIAL SYSTEMS
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 04-32439-MDM | 041-0 | KANYA C. BRIMLEY | 4040971704053-116751 | 231.24 | 61.02 | 0.00 | 61.02 |
| 06-23573-PP | 020-0 | CAROL J. MCPHERSON | 3523126687901-EEW175 | 1.75 | 57.46 | 0.00 | 57.46 |



VOID
MCF

Mary B. Grossman, Chapter 13 Trustee     Check No. 1056937
Pay to: 00000965  CLERK OF US BANKRUPTCY COURT
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 06-23573-PP | 020-0 | CAROL J. MCPHERSON | 3523126687901-EEW175 | 0.00 | 57.46 | 0.00 | 57.46 |